**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Court File No. 00-CV-2427 RHK/SRN

ADMIRAL MERCHANTS MOTOR FREIGHT, INC.

Plaintiff,

v.

INNOVATIVE COMPUTING CORPORATION,

Defendant.

**STIPULATION AND ORDER FOR EXTENSION**

The parties to this action, through their undersigned counsel, hereby stipulate and agree that defendant Innovative Computing Corporation may have an extension of time until December 12, 2000 to Answer or otherwise respond to the Complaint in this matter. Accordingly, an Order in the form attached may be entered by the Court without further notice to any of the parties.

Date: 11-27, 2000

DORSEY & WHITNEY LLP

By [signature]

Marianne D. Short (#100596)
Roberto Anguizola (#0301115)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Attorneys for Plaintiff*

FILED DEC 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: 11-30, 2000

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
John L. Krenn (#12493X)
Kathryn J. Bergstrom (#218431)
3400 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 334-2800

*Attorneys for Defendant*

IT IS SO ORDERED.

BY THE COURT:

Dec. 1, 2000

[signature]
Magistrate Judge of the United States District Court

GP:751105 v1