UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADMIRAL MERCHANTS MO., suing as Admiral Merchants Motor Freight, Inc.,

Plaintiff,

vs

CV 00-2427 RHK/SRN

INNOVATIVE COMPUTING CORPORATION,

etal

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 6, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED MAR - 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______